# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Wesley Pabst, et al.

                                                          Plaintiff,

v.                                                                              Case No.: 1:22−cv−01124

                                                                             Honorable John Robert Blakey

The Peoples Gas Light and Coke Company, et al.

                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

       MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiffs' unopposed motion to vacate class certification deadlines, strikes the dates set in docket entry [43], and strikes the 1/11/23 Notice of Motion date. The Court will set revised class certification deadlines when it rules on the pending motion to dismiss. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.