IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESLEY PABST and KATHERINE PABST, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>THE PEOPLES GAS LIGHT AND COKE COMPANY, and WEC ENERGY GROUP INC.,<br><br>        Defendants. | Case No.: 1:22-cv-01124<br><br>Honorable John Robert Blakey<br><br>Magistrate Judge Maria Valdez |

## JOINT STATUS REPORT

Plaintiffs, Wesley Pabst and Katherine Pabst, together with Defendants, The Peoples Gas Light and Coke Company, and WEC Energy Group Inc. (collectively, the "Parties"), by and through their attorneys, have conferred and jointly submit the following Joint Status Report.

1. On November 27, 2024, the Court continued the stay imposed on September 3, 2024 (D.E. 96) to afford the Parties time for resolution and ordered that the Parties file a joint status report concerning their efforts to resolve this matter on or before January 13, 2025 (D.E. 98).

2. The Parties have made productive use of the stay afforded by the Court and have agreed to a settlement resolving the litigation on an individual basis. Pursuant to that resolution, the Parties anticipate submitting a joint stipulation of dismissal by February 28, 2025.

Wherefore, the Parties respectfully request that the Court continue the current stay in effect and order that the Parties provide a further status report on February 28, 2025 if the joint stipulation of dismissal is not on file by that date.

Dated: January 13, 2025

By: */s/ Megan E. Shannon*
Elizabeth A. Fegan
beth@feganscott.com
Megan E. Shannon
megan@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60601
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

James D. Spiros
jspiros@spiroslaw.com
Miranda Soucie
msoucie@spiroslaw.com
SPIROS LAW, P.C.
2807 N. Vermilion, Suite 3
Danville, IL 61832
Telephone: (217) 443-4343

*Counsel for Plaintiffs*

By: */s/ Edward Casmere*
Edward Casmere
NORTON ROSE FULBRIGHT US LLP
1045 West Fulton Market, Suite 1200
Chicago, Illinois 60608
Telephone: (312) 964-7778
ed.casmere@nortonrosefulbright.com

Joseph A. Cancila, Jr.
Abigail Peluso
Blake Kolesa
RILEY SAFER HOLMES & CANCILA LLP
One South Dearborn Street, Suite 2200
Chicago, Illinois 60603
Telephone: (312) 471-8700
jcancila@rshc-law.com
apeluso@rshc-law.com
bkolesa@rshc-law.com

*Counsel for Defendants The Peoples Gas Light & Coke Co. and WEC Energy Group Inc.*