IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESLEY PABST and KATHERINE PABST, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 1:22-cv-01124 ) |
| THE PEOPLES GAS LIGHT AND COKE COMPANY, and WEC ENERGY GROUP INC. | ) Honorable John Robert Blakey ) ) ) |
| | ) Magistrate Judge Maria Valdez ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs, Wesley Pabst and Katherine Pabst, together with Defendants, The Peoples Gas Light and Coke Company, and WEC Energy Group Inc. (collectively, the "Parties"), by and through their attorneys jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

Dated: February 18, 2025

By: */s/ Megan Shannon*
Elizabeth A. Fegan
beth@feganscott.com
Megan E. Shannon
megan@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60601
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

James D. Spiros
jspiros@spiroslaw.com

By: */s/ Edward Casmere*
Edward Casmere
NORTON ROSE FULBRIGHT US LLP
1045 West Fulton Market, Suite 1200
Chicago, Illinois 60608
Telephone: (312) 964-7778
ed.casmere@nortonrosefulbright.com

Joseph A. Cancila, Jr.
Abigail Peluso
Blake Kolesa
RILEY SAFER HOLMES &
CANCILA LLP

| | |
|---|---|
| Miranda Soucie<br>msoucie@spiroslaw.com<br>SPIROS LAW, P.C.<br>2807 N. Vermilion, Suite 3<br>Danville, IL 61832<br>Telephone: (217) 443-4343<br><br>*Counsel for Plaintiffs* | One South Dearborn Street, Suite 2200<br>Chicago, Illinois 60603<br>Telephone: (312) 471-8700<br>jcancila@rshc-law.com<br>apeluso@rshc-law.com<br>bkolesa@rshc-law.com<br><br>*Counsel for Defendants The Peoples Gas Light & Coke Co. and WEC Energy Group Inc.* |