# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Wesley Pabst, et al.

                                                    Plaintiff,

v.                                                                    Case No.: 1:22–cv–01124

                                                                      Honorable John Robert
                                                                      Blakey

The Peoples Gas Light and Coke Company, et
al.

                                                    Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' stipulation [102], this case is dismissed with prejudice under Rule 41(a). All set dates and deadlines are stricken. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.